# Perkowski LEGAL

515 S. Flower Street, Suite 1800
Los Angeles, CA 90071

**PETER E. PERKOWSKI** (*he/him*)
o: 213.340.5796
peter@perkowskilegal.com

February 23, 2026

**By ECF**

Hon. Lewis J. Liman
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Room 1620
New York, New York 10007

**Re:**    ***BackGrid London Ltd. v. Luar LLC***, No. 1:25-cv-07824 (LJL)
        **Third Request to Adjourn Initial Pretrial Conference**

Your Honor:

This firm represents plaintiff BackGrid London Ltd. in the above-referenced matter. In accordance with Paragraph 1.D of the Court's Individual Practices, and for the reasons that follow, BackGrid respectfully requests that the Initial Pretrial Conference ("IPC") be adjourned and a date set in April by which BackGrid will file either a dismissal or a request for entry of default.

1.  **Original date.** Per the Court's January 20, 2026, Order (ECF 13), the IPC is currently set for March 2, 2026, at 11:00 a.m.
2.  **Previous requests.** The Court has previously granted two requests to adjourn the IPC. (ECF 11, 13.)
3.  **Reasons for the request.** Defendant has been served with process but has neither retained an attorney nor responded to the complaint. The corporate defendant cannot appear at the IPC unrepresented. However, BackGrid has been in contact with a representative of defendant to discuss settlement and the parties are close to resolving the dispute. BackGrid respectfully requests that the Court set a date in April by which it will file either a dismissal or a request for entry of default.
4.  **Consent.** Defendant has not appeared and is not represented by counsel, so plaintiff did not seek its consent to this request. An adjournment will not prejudice defendant and, because its time to respond to the complaint has passed, may even be to defendant's benefit.

A scheduling order has not yet issued, so this request will not affect any other deadlines in the case.

Very respectfully,

/s/ *Peter Perkowski*

Peter E. Perkowski
Counsel for Plaintiff

The initial pretrial conference scheduled for March 2, 2026, is ADJOURNED to April 16, 2026, at 2:00 PM.  Parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Parties are reminded to jointly submit, by one week prior to the conference, a proposed Case Management Plan and Scheduling Order consistent with the Court's individual practices.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

February 24, 2026